1 | **BIAGGI, KROESE & CAMPBELL, PLLC**
ATTORNEYS AT LAW
2 | 55 WEST FRANKLIN STREET
TUCSON, ARIZONA 85701-1110
3 | TELEPHONE NO. 520-618-2515
FACSIMILE NO. 520-618-2516

4 | Kurt Kroese, SBN 015148
kkroese@bkclawaz.com
5 | *Attorneys for Defendants*

6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Zupan, a single person, | CASE NO. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Sharif Yahya-Shari Kadani and Jane Doe Kadani, husband and wife; MDZ Logistics, Inc., a foreign corporation, XYZ corporations I-III; ABC partnerships I-III; John and Jane Does I-III, | |
| Defendants. | |

Defendants Sharif Yahya-Shari Kadani and MDZ Logistics, Inc., by and through counsel undersigned, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of the above-described action to the United States District Court for the District of Arizona and states as follows:

    1.    A civil action was filed against Defendants Sharif Yahya-Shari Kadani ("Kadani") and MDZ Logistics, Inc. ("MDZ") and other fictitious defendants in the Superior Court for the State of Arizona, in and for the County of Pima, under Cause

No. C20232660, by Plaintiff Nicole Zupan. Plaintiff prays for damages as a result of their alleged injuries.

2. Plaintiff filed her complaint on or about June 13, 2023. Service on defendant Kadani is alleged to have occurred by personal service on June 28, 2023. Service on MDZ has not yet occurred, but MDZ received notice of the existence of the subject civil action on or about July 5, 2023. Therefore, this Notice is made and filed within the time limits established for removal of actions and Rule 6, Federal Rules of Civil Procedure.

3. True and correct copies of the following documents are attached hereto:

    Summons for Sharif Yahya-Shari Kadani;

    Summons for MDZ Logistics, Inc.;

    Complaint;

    Fastar Certificate;

    Affidavit of Service – Sharif Yahya-Shari Kadani

    Civil Cover Sheet.

The above documents are true and complete copies of known pleadings and other documents filed in the state court proceeding.

4. Plaintiff's complaint alleges injuries to the plaintiff as a result of a motor vehicle accident which occurred on June 25, 2021 on Interstate 10 at or near milepost 291 (Tucson, Arizona). The Certificate of Compulsory Arbitration asserts that this matter exceeds the amount necessary for compulsory arbitration in Pima County, Arizona, which is $50,000. The plaintiff's civil cover sheet further alleges that the matter is subject to "Tier 3" for purposes of discovery under the Arizona Rules of Civil Procedure, Rule 26.2(c)(3)(C). Said rule defines Tier 3 actions as those

claiming $300,000 or more in damages. Per plaintiff's allegations, the amount at issue exceeds $75,000, exclusive of interest and costs.

5.     Plaintiff asserts in her complaint that she is a resident of Pima County, Arizona. Defendant Sharif Yahya-Shari Kadani is now, and was at the time the state action was commenced, a citizen or resident of the State of Michigan or other such state foreign to the State of Arizona. MDZ Logistics, Inc. is now, and was at the time the state action was commenced, a foreign corporation organized under the laws of the State of Ohio. The United States District Court has original jurisdiction in this matter pursuant to the diversity of citizenship between plaintiff and all defendants. Jurisdiction is based on 28 U.S.C. § 1332.

6.     Removal of this matter is appropriate under 28 U.S.C. §§ 1441 and 1446.

7.     Defendants Sharif Yahya-Shari Kadani and MDZ Logistics, Inc., in connection with this Notice of Removal, will give written notice of same to plaintiffs and to the Clerk of the Superior Court of the State of Arizona, in and for the County of Pima.

8.     There are no pending motions in the state court proceeding.

9.     A copy of this Notice of Removal has been filed with the clerk of the state court from which this action has been removed.

Based on the foregoing, defendants Sharif Yahya-Shari Kadani and MDZ Logistics, Inc. hereby assert that removal of this action is proper and justified and request that this action proceed in this Court as an action properly removed to it.

DATED this 13th day of July, 2023.

                    BIAGGI, KROESE & CAMPBELL, PLLC

                    By: /s/ Kurt Kroese
                    Kurt Kroese
                    *Attorneys for Defendants*

## MAILING CERTIFICATE

I certify that a true and complete copy of the foregoing was delivered to counsel listed below this 13th day of July, 2023, via ECF Filing.

Jonathan J. Henry
Michael P. Henrickson
KENT LAW, PLC
7540 South Willow Drive
Tempe, AZ  85283
litigation@kent-law.org
*Attorneys for Plaintiff*